```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

ALLSTATE INSURANCE COMPANY            *

      Plaintiff              *

   vs.                              *CIVIL ACTION NO. MJG-02-2983

CHARLES W. HEMLER, et al.            *

      Defendants             *

\*   \*   \*   \*       \*   \*   \*   \*   \*

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted Plaintiff's Motion for Summary Judgment.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Plaintiff Allstate Insurance Company against Defendants Charles W. Hemler, Mary V. Hemler and Steven Pirzchalski with costs.

2. The Court hereby declares that:

    a. Allstate has no duty under its policy f insurance to indemnify Charles W. Hemler and Mary V. Hemler for any amounts for which they may become liable as a result of the case of <u>Pirzchalski v. Pirzchalski et al</u>, Case Number 03-C-01-007268, Circuit Court for Baltimore County, Maryland.

    b. Allstate has no further duty to provide a defense to Charles W. Hemler and Mary V. Hemler in the case of <u>Pirzchalski v. Pirzchalski et al</u>, Case Number 03-C-01-007268, Circuit Court for Baltimore County, Maryland.

3. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

4. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on <u>Thursday, 5 June, 2003</u>.


<u>        / s /        </u>
Marvin J. Garbis
United States District Judge